# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN KYER

NO. 2019 KW 1000

SEP 3 0 2019

In Re:   Jonathan Kyer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-13-0312.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's "Application for Post Conviction Relief and Out of Time Appeal" on September 21, 2017.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT